IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL D. SAMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| JOHNSON CONTROLS BATTERY | ) |
| GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1, Defendant, Johnson Controls Battery Group, Inc. ("JCBGI"), submits the following corporate disclosure statement:

At the present time, JCBGI is a wholly-owned subsidiary of Johnson Controls, Inc. If necessary, JCBGI will supplement this statement in accordance with Rule 7.1(B).

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant

Dated: July 25, 2005

RLF1-2902456-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2005, I electronically filed the foregoing Defendnat's Corporate Disclosure Statement with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on July 25, 2005, mailed, via first class mail, postage prepaid, copies of the same to:

William D. Fletcher, Jr. (#362)
wfletcher@schmittrod.com
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant

RLF1-2902469-1