IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL D. SAMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-534 |
| | ) | |
| JOHNSON CONTROLS BATTERY GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties, subject to the approval of the Court, that the time in which defendant Johnson Controls Battery Group, Inc. may move, answer or otherwise respond to the Complaint is extended through and including September 5, 2005.

_/s/ William D. Fletcher_
William D. Fletcher, Jr. (#362)
wfletcher@schmittrod.com
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff
Michael D. Sampson

_/s/ Jennifer C. Jauffret_  8/16/05
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
Attorneys for Defendant
Johnson Controls Battery Group, Inc.

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

RLF1-2905675-1