UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL D. SAMPSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHNSON CONTROLS ) <br> BATTERY GROUP, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 05-534 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that this action be dismissed with prejudice, each party to bear its own costs and all rights of appeal waived.

Respectfully submitted,

_____         _____
William D. Fletcher, Jr. (# 362)            Jennifer C. Jauffret (# 3689)
Schmittinger and Rodriguez, P.A.      Richards, Layton & Finger, P.A.
414 S. State Street                              One Rodney Square
P.O. Box 497                                       920 N. King Street
Dover, DE 19903                                Wilmington, DE 19899
(302) 674-0140                                   (302) 651-7700

ATTORNEY FOR PLAINTIFF         ATTORNEY FOR DEFENDANTS

Dated:

BOST_183960.1